**DeNITTIS OSEFCHEN, P.C.**
Stephen P. DeNittis, Esq.
525 Route 73 North, Suite 410
Marlton, New Jersey 08053
(856) 797-9951
sdenittis@denittislaw.com

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| Michael Galpern, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> NRDC Equity Partners, LLC (d/b/a "Lord and Taylor") and Lord and Taylor, LLC, (d/b/a "Lord and Taylor") <br><br> Defendants. | Case No.: **1:15-cv-03255-RBK-JS** <br><br><br> **CLASS ACTION** |

### NOTICE OF VOLUNTARY DISMISSAL
### BY PLAINTIFF PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

The plaintiff, Michael Galpern hereby files this Voluntary Notice of Dismissal Without Prejudice of the Complaint filed against all defendants. As of the date of this filing, the defendants have not filed or served an Answer responsive to Plaintiff's Complaint.

> **DeNITTIS OSEFCHEN, P.C.**
> Attorneys for Plaintiffs
>
> BY _____
> STEPHEN P. DeNITTIS

Dated: 6/29/15